UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELVIS TREJO,<br>　　　　　　　　　　　Defendant. | 21-CR-293-14 (JPO)<br><br>ORDER |

J. Paul Oetken, District Judge:

　　The C.J.A. attorneys previously appointed in this case, Harvey Fishbein and Lauren DiChiara, are hereby relieved as counsel, and C.J.A. attorney Kenneth Montgomery is hereby appointed to represent the Defendant.

　　SO ORDERED.

Dated: December 12, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge