UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 22 Cr. 293-14 (JPO) |
| ELVIS TREJO, | ORDER |
| Defendant. | |

J. PAUL OETKEN, District Judge:

Defendant Elvis Trejo stated at the March 15, 2024 conference that he wished to have a new lawyer appointed, and his CJA lawyer has moved to withdraw as counsel for Mr. Trejo. (ECF No. 407.) The Court scheduled a conference on March 29, 2024, to address the request for a change of counsel, but the Court understands from the Marshals Service that Defendant declined to leave his cell to attend that conference. The Court will reschedule the conference to address the request.

Accordingly, a conference with Mr. Trejo, his CJA counsel, and the Government will be held on April 23, 2024, at 2:30 p.m. in Courtroom 706 at the United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to mail a copy of this order to Mr. Trejo at MDC Brooklyn.

SO ORDERED.

Dated: April 1, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge