

**ArentFox Schiff LLP**
1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900  **MAIN**
212.484.3990  **FAX**

afslaw.com

**Patricia A. Pileggi**
Partner
212.745.0839  **DIRECT**

patricia.pileggi@afslaw.com

August 28, 2024

Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY   10007
OetkenNYSDChambers@nysd.uscourts.gov

Re:     *United States v. Elvis Trejo*, 22 CR 293 (JPO)

Dear Judge Oetken:

I represent Elvis Trejo, one of the defendants in *United States v. Nunez*.  A status conference in this matter has been scheduled for September 18, 2024 and I will be traveling.  Jill Shellow, Esq., who represents Brayan Lloret, has agreed to stand in for me at the conference.  Mr. Trejo consents to having Ms. Shellow cover for me.  Accordingly, I respectfully request that Your Honor excuse me from attending the September 18, 2024 conference and permit Ms. Shellow to stand in for me.

Thank you for your consideration


Sincerely,

ArentFox Schiff LLP

*/s/ Patricia A. Pileggi*

Patricia A. Pileggi

PAP

cc:     Jill R. Shellow, Esq. (by email)
         Elvis Trejo (by Legal Mail)

> Granted.
> So ordered.
> 8/30/2024

_____
J. PAUL OETKEN
United States District Judge